IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| State of South Carolina, *et al.,* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Civil Action No. 1:12-2629-TLW-PJG |
| ) | |
| Minister Ajani Nasir Ali, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# **ORDER**

Defendant Minister Ajani Nasir Ali ("Defendant"), proceeding *pro se*, attempts to remove his state criminal action involving alleged traffic violations to federal district court. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Paige J. Gossett to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the matter be remanded to state court as removal is inappropriate in this instance. (Doc. # 10). Objections were due by December 21, 2012. Defendant has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

      The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**.  (Doc. # 10).  The matter is remanded to state court, specifically to the municipal court of the Town of Burnettown.

      **IT IS SO ORDERED**.


January 4, 2013                                                                                              __s/Terry L. Wooten_____
Columbia, South Carolina                                                                United States District Judge